United States District Court
For the Northern District of California

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

VANCE S. ELLIOTT,

        Plaintiff(s),

vs.

THE BOARD OF SUPERVISORS,
VAUGHN R. WALKER, RICHARD W. WIEKING,
SAUNDRA B. ARMSTRONG,

        Defendant(s).
                           /

No.10-80070 MISC MHP

**ORDER DENYING FILING**

        Plaintiff is subject to a pre-filing review order because he has been declared a vexatious litigant and many of his previous actions were dismissed. See Vance Elliot v. John Marsh, C-04-1600 MISC. MHP, Order filed February 15, 2006. He continues to submit papers of various and sundry descriptions against a variety of parties, this time against the San Francisco Board of Supervisors, two Judges of this Court and the Clerk of Court. Plaintiff has filed or attempted to file over fifty (50) cases in this court, forty-three (43) of them after the pre-filing review order. As with earlier papers he has submitted, the papers make no sense. It is not possible to discern any particular claim or cause of action or any basis for this court's jurisdiction.

        For the foregoing reasons, the Clerk of Court is instructed that the papers in the instant matter **shall not be filed**. They are a further example of plaintiff's frivolous and meritless filings.

        The Clerk shall also close the file.

        IT IS SO ORDERED.

Date: March 22, 2010

                                                  MARILYN HALL PATEL
                                                  United States District Court Judge
                                                  Northern District of California